Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Veronica Martinez,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 13-3070 |
| | ) |
| **UHS of Delaware, Inc.,** | ) |
| **And Springfield Hospital,** | ) |
| **Inc., d/b/a Lincoln Prairie** | ) |
| **Behavioral Health Care,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the Opinion entered by Judge Richard Mills on February 17, 2016, judgment is entered in favor of the Defendants and against the Plaintiff.-------------------------------------------------------------------------------------------------------

**Dated:**     February 18, 2016

                                        s/ Kenneth A. Wells
                                        Kenneth A. Wells
                                        Clerk, U.S. District Court